Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
CITY OF FREMONT and JEREMY MISKELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA HALL,<br><br>　　　　Plaintiff,<br>　　vs.<br>CITY OF FREMONT; JEREMY MISKELLA; and DOES 1 through 50,<br>　　　　Defendants. | Case No.: CV09-1629 JL<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS CITY OF FREMONT AND JEREMY MISKELLA'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the hearing date for defendants CITY OF FREMONT and JEREMY MISKELLA'S motion to dismiss the complaint of plaintiff JENNA HALL, currently set for June 10, 2009, be continued to **July 8, 2009**. Good cause exists for this continuance based on defense counsel Gregory Fox's preparation for and attendance at a jury trial before the Alameda Superior Court in another matter, which likely will continue through June 12, 2009. Parties' counsel have already filed their opposition and reply for this motion. Plaintiff's counsel has no objection to accommodating Mr. Fox's schedule.

　　　So stipulated.

Dated: May 28, 2009　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Brad C. Brereton, Counsel for Plaintiff

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS

Dated: May 29, 2009 _____/s/_____
Gregory M. Fox
Counsel for Defendants, CITY OF FREMONT
and JEREMY MISKELLA

### **ORDER**

PURSUANT TO STIPULATION,

    IT IS ORDERED that the hearing date for defendants CITY OF FREMONT and JEREMY MISKELLA'S motion to dismiss the complaint of plaintiff JENNA HALL, currently set for June 10, 2009, be continued to **July 8, 2009 beginning at 9:30 a.m.**

Dated: June 1, 2009 _____
JAMES LARSON
Chief Magistrate Judge of the
United States District Court

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: May 29, 2009*

By: _____/s/_____
Gregory M. Fox