| | |
|---|---|
| 1 | Gregory M. Fox, State Bar No. 070876 |
| | BERTRAND, FOX & ELLIOT |
| 2 | The Waterfront Building |
| | 2749 Hyde Street |
| 3 | San Francisco, California 94109 |
| | Telephone:   (415) 353-0999 |
| 4 | Facsimile:    (415) 353-0990 |
| 5 | Attorneys for Defendants |
| | CITY OF FREMONT and JEREMY MISKELLA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA HALL, | ) Case No.: CV09-1629 JL |
| | ) |
| Plaintiff, | ) **STIPULATION and [PROPOSED] ORDER** |
| vs. | ) **TO CONTINUE CASE MANAGEMENT** |
| | ) **CONFERENCE DATE** |
| CITY OF FREMONT; JEREMY MISKELLA; | ) |
| and DOES 1 through 50, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Case Management Conference currently set for July 29, 2009, be continued to **August 12, 2009, beginning at 10:30 a.m.**.  Good cause exists for this continuance based on defense counsel Gregory Fox's absence from the country on vacation.  Defense counsel has met and conferred with plaintiff's counsel on this August date and plaintiff's counsel has no objection to accommodating Mr. Fox's schedule.

So stipulated.

Dated: July 6, 2009           _____/ S /_____
                              Brad C. Brereton, Counsel for Plaintiff

Dated: July 6, 2009

                / S /
Gregory M. Fox
Counsel for Defendants, CITY OF FREMONT
and JEREMY MISKELLA

### **ORDER**

PURSUANT TO STIPULATION,

    IT IS ORDERED that the Case Management Conference currently set for July 29, 2009, be continued to **August 12, 2009 beginning at 10:30 a.m.**

Dated: July 7, 2009

*James Larson*
JAMES LARSON
Chief Magistrate Judge of the
United States District Court

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: July 6, 2009*

By:            / S /
        Gregory M. Fox