1
2
3
4

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

5
6

Attorneys for Defendants
CITY OF FREMONT and JEREMY MISKELLA

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

JENNA HALL,

             Plaintiff,

      vs.

CITY OF FREMONT; JEREMY MISKELLA;
and DOES 1 through 50,

          Defendants.

) Case No.:  CV09-1629 JL
)
)
) STIPULATION AND ~~[PROPOSED]~~ ORDER
)
)
)
)
)
)
)
)

17

18

19

20

21

22

23

24

25

       It is hereby stipulated by and between the parties, plaintiff JENNA HALL and defendants CITY OF FREMONT and JEREMY MISKELLA, by and through their attorneys of record, that plaintiff will and hereby does dismiss with prejudice her first cause of action for Violation of Constitutional Rights Under 42 U.S.C. § 1983 against the City of Fremont and that paragraphs 22, 23 and 24 of the amended complaint be deleted from this pleading.  The City of Fremont will and hereby does withdraw its motion to dismiss as to plaintiff's first cause of action for violation of constitutional rights under Section 1983 as to the first cause of action of plaintiff's first amended complaint against the City of Fremont. Each side to bear their own fees and costs as to this matter.

26

27

28

Dated: September 10, 2009

                  / s /
           Brad C. Brereton, Counsel for Plaintiff

1

Dated: September 9, 2009                                  _____/ s /_____
                                                         Gregory M. Fox
                                                         Counsel for Defendants, CITY OF FREMONT
                                                         and JEREMY MISKELLA

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

   Plaintiff's first cause of action for Violation of Constitutional Rights Under 42 U.S.C. § 1983 against the City of Fremont is hereby dismissed with prejudice and that paragraphs 22, 23 and 24 of the amended complaint are deleted from this pleading.

   IT IS FURTHER ORDERED THAT the City of Fremont's motion to dismiss as to plaintiff's first cause of action for violation of constitutional rights under Section 1983 naming the City of Fremont and only the City of Fremont is hereby withdrawn. Each side to bear their own fees and costs.

Dated: ___September 15___, 2009

                                                         JAMES LARSON
                                                         Chief Magistrate Judge of the
                                                         United States District Court

### ATTORNEY ATTESTATION

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: September 10, 2009

                           By:   _____/ s /_____
                                 Gregory M. Fox