Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF FREMONT and JEREMY MISKELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA HALL,<br><br>            Plaintiff,<br>    vs.<br><br>CITY OF FREMONT; JEREMY MISKELLA;<br>and DOES 1 through 50,<br><br>            Defendants. | Case No.: CV09-1629 JL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

It is hereby stipulated by and between the parties, plaintiff JENNA HALL and defendants CITY OF FREMONT and JEREMY MISKELLA, by and through their attorneys of record, for an order continuing the Case Management Conference scheduled for November 18, 2009 and related Rule 26 disclosure requirements and preparation and filing of a joint cmc statement until after the completion of Mediation which is pending at this time.   The Notice of Appointment of Mediator was filed October 30, 2009.  James V. Fitzgerald has been appointed Mediator.  The parties have not yet had the initial joint phone conference and the Mediation has not been scheduled.  Given plaintiff complains she was wrongfully detained for approximately six (6) hours for a mental health evaluation both parties believe the case should be managed in the most cost effective manner and thus it would benefit all parties and the Court to defer further formal legal proceedings including the cmc until after

the Mediation.  The parties therefore respectfully request the cmc be continued to  10:30 am on Wednesday February 3, 2010 or at the Court's convenience.

  Respectfully submitted.

Dated: November 10, 2009         / s /
                John K. Crowley, Counsel for Plaintiff

Dated:  November 12, 2009        / s /
                Gregory M. Fox
                Counsel for Defendants, CITY OF FREMONT
                and JEREMY MISKELLA

## ATTORNEY ATTESTATION

  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: November 12, 2009

           By:      / s /
                Gregory M. Fox

## **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:  The Case Management Conference scheduled for November 18, 2009 and related pleading and disclosure requirements is continued to February 3, 2010.  A joint statement to be filed by January 27, 2010.  If the case resolves the parties are to notify the Court in writing of the disposition.

Dated: November 13, 2009        *[signature]*
                JAMES LARSON
                Chief Magistrate Judge of the
                United States District Court