```
 1 | Gregory M. Fox, State Bar No. 070876
   | BERTRAND, FOX & ELLIOT
 2 | The Waterfront Building
   | 2749 Hyde Street
 3 | San Francisco, California 94109
   | Telephone:    (415) 353-0999
 4 | Facsimile:    (415) 353-0990
 5 | Harvey E. Levine, Esq., State Bar No. 61880
   | City Attorney City of Fremont
 6 | 3300 Capitol Avenue
   | PO Box 5006
 7 | Fremont, CA 94537-5006
   | Telephone: (510) 284-4030
 8 | Facsimile: (610) 284-4031
 9 | Attorneys for Defendants
   | CITY OF FREMONT and JEREMY MISKELLA
10 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA HALL, | ) Case No.: CV09-1629 JL |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) **CONTINUING CASE MANAGEMENT** |
| CITY OF FREMONT; JEREMY MISKELLA; and DOES 1 through 50, | ) **CONFERENCE** |
| Defendants. | ) |

It is hereby stipulated by and between the parties, plaintiff JENNA HALL and defendants CITY OF FREMONT and JEREMY MISKELLA, by and through their attorneys of record, for an order continuing the Case Management Conference now scheduled for February 3 2010 and related Rule 26 disclosure requirements and preparation and filing of a joint cmc statement until after the completion of Mediation which is still pending at this time. The Notice of Appointment of Mediator was filed October 30, 2009. James V. Fitzgerald has been appointed Mediator. Because of scheduling conflicts, the initial joint phone conference was not completed until December 15, 2009; and because of the holiday season and trial schedules of the parties and mediator in December and

1  January, the Mediation has now been scheduled for February 17, 2010.  Given plaintiff complains
2  she was wrongfully detained for approximately six (6) hours for a mental health evaluation, both
3  parties believe the case should be managed in the most cost effective manner and thus it would
4  benefit all parties and the Court to defer further formal legal proceedings including the cmc and Rule
5  26 disclosures until after the Mediation.  The parties therefore respectfully request (1) that the time
6  for mediation be continued until February 26, 2010; (2) the cmc be continued to 10:30 am on
7  Wednesday March 10, 2010 or at the Court's convenience; and (3) a joint case management
8  conference statement to be filed and Rule 26 disclosures completed on or before March 3, 2010.

    Respectfully submitted,

Dated:  December 22, 2009                     _____/ s /_____
                                              John K. Crowley, Counsel for Plaintiff

Dated:  December 23, 2009                     _____/ s /_____
                                              Gregory M. Fox
                                              Counsel for Defendants, CITY OF FREMONT
                                              and JEREMY MISKELLA

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: December 23, 2009          By:  _____/s/_____
                                              Gregory M. Fox

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT: The time for mediation of the case is continued until February 26, 2010.  The Case Management Conference is continued until March 10, 2010 and related joint status conference statement and Rule 26 disclosure requirements continued to March 3, 2010. .  If the case resolves the parties are to notify the Court in writing of the disposition.

Dated: _____, 2009          _____
                                   JAMES LARSON
                                   Chief Magistrate Judge