Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
CITY OF FREMONT and JEREMY MISKELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA HALL,<br><br>   Plaintiff,<br>vs.<br>CITY OF FREMONT; JEREMY MISKELLA; and DOES 1 through 50,<br><br>   Defendants. | Case No.: CV09-1629 JL<br><br>**AMENDED STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Case Management Conference currently set for March 10, 2010 be continued to **March 31, 2010, beginning at 10:30 a.m..** (this is an amended stipulation because a version containing an incorrect date was e-filed yesterday) Good cause exists for this continuance based on plaintiff's counsel having been ordered to a mandatory settlement conference the morning of March 10, 2010 in Santa Clara County Superior Court located in San Jose, California which because of the distance and time makes it impossible for him to attend the cmc in San Francisco. Defense counsel has met and conferred with plaintiff's counsel on this change in date and defense counsel has no objection to accommodating Mr. Crowley's schedule.

  So stipulated.

Dated: March 3, 2010            / S /
                                       Gregory M. Fox
                                       Counsel for Defendants, CITY OF FREMONT
                                       and JEREMY MISKELLA

Dated: March 3, 2010            / S /
                                       John K. Crowley
                                       Counsel for Plaintiff JENNA HALL

## **ORDER**

PURSUANT TO STIPULATION,

      IT IS ORDERED that the Case Management Conference currently set for March 10, 2010, be continued to **March 31, 2010 beginning at 10:30 a.m.**

Dated: March 5, 2010            *[signature: James Larson]*
                                       JAMES LARSON
                                       Chief Magistrate Judge of the
                                       United States District Court

      *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: March 3, 2010*

                            By:            / S /
                                       John K. Crowley