IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNA HALL, | No. C 09-01629 JL |
| Plaintiff, | **ORDER REQUESTING REASSIGNMENT** |
| v. | |
| CITY OF FREEMONT, JEREMY MISKELLA, and DOES 1 through 50, | |
| Defendants. | |

Plaintiff filed this action in state court in 2009, asserting various claims for relief against the City of Freemont and members of its police force. Defendants removed to federal court, reasoning that the court has original jurisdiction over Hall's claim under 42 U.S.C. § 1983. In 2011, the court granted summary judgment on all of Hall's claims. On appeal, the Ninth Circuit Court of Appeals affirmed in part and reversed in part. While affirming the district court's grant of summary judgment on the § 1983 claim, the Ninth Circuit held that summary judgment was improper on Hall's state law claims for assault, battery, intentional infliction of emotional distress, false arrest, and false imprisonment.

In light of the Ninth Circuit's decision, plaintiff seeks to remand this action to state court. Due to the retirement of the previously assigned judge, this matter shall be reassigned to a randomly selected judicial officer. Plaintiff shall renotice her motion upon reassignment.

IT IS SO ORDERED.

Dated: 11/22/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE