IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNA HALL,

                Plaintiff,

      v.

CITY OF FREMONT, et al.,

                Defendants.

NO. C09-1629 TEH

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

      The United States Court of Appeals for the Ninth Circuit affirmed the grant of summary judgment on Plaintiff Jenna Hall's federal claim under 42 U.S.C. § 1983 and remanded her state law claims to this Court for further consideration. Following issuance of the mandate, Hall moved to remand due to the lack of any remaining federal question, and Defendants filed a statement of non-opposition.

      IT IS HEREBY ORDERED that Hall's unopposed motion to remand is GRANTED. This matter is hereby remanded to the Superior Court of California for the County of Alameda. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 12/03/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT